No. 581. OHIO TRANSPORT, INC. *v.* PUBLIC UTILITIES COMMISSION OF OHIO. Supreme Court of Ohio. Certiorari denied. *Vernon L. Stouffer, Joe F. Asher* and *Edward J. Hayes* for petitioner. *C. William O'Neill,* Attorney General of Ohio, and *Ralph N. Mahaffey* and *Paul Tague, Jr.,* Assistant Attorneys General, for respondent.

No. 603. DUCCI *v.* COMMISSIONER OF PATENTS. United States Court of Customs and Patent Appeals. Certiorari denied. *John L. Seymour* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, John R. Benney, Melvin Richter* and *Lester S. Jayson* for respondent.

No. 630. FIELDS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Stuart B. Campbell* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 631. HOLT *v.* COMMISSIONER OF INTERNAL REVENUE ET AL. C. A. 2d Cir. Certiorari denied. *Carl O. Olson* for petitioner. *Solicitor General Sobeloff, Acting Assistant Attorney General Rice, A. F. Prescott* and *Davis W. Morton, Jr.* for the Commissioner of Internal Revenue, respondent.

No. 632. CASTLEMAN ET AL. *v.* HUGHES ET AL. C. A. 9th Cir. Certiorari denied. *Jack P. Blume* for November et al., petitioners. *Irwin D. Shapiro* for Castleman et al., and *Roy W. McDonald* for RKO Radio Pictures, Inc., respondents.